| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br><br>Brian C. Nicholas, Esq.<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>Toyota Lease Trust |
| In Re:<br>    Gutierrez, Sisley B<br>    Gutierrez, Dennis N |

Order Filed on July 13, 2017 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

Case No:    15-14567 SLM

Chapter: 13

Hearing Date: June 28, 2017
Judge:  Stacey L. Meisel

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED:** July 13, 2017

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

[Type text]

Upon the motion of <u>Toyota Lease Trust</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐ Real Property More Fully Described as:

■ Personal Property More Fully Describes as:

**2014 TOYOTA CAMRY, VIN: 4T1BF1FK4EU357201,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Dennis N Gutierrez  
Sisley B Gutierrez  
    Debtors

Case No. 15-14567-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jul 13, 2017  
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2017.  
db/jdb        +Dennis N Gutierrez,    Sisley B Gutierrez,    194 Hawthorne Avenue,    Springfield, NJ 07081-2102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2017                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2017 at the address(es) listed below:

        Brian C. Nicholas    on behalf of Creditor    Toyota Lease Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Darin D Pinto    on behalf of Joint Debtor Sisley B Gutierrez dpintolaw@comcast.net  
        Darin D Pinto    on behalf of Debtor Dennis N Gutierrez dpintolaw@comcast.net  
        Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation, as servicer for Toyota Lease Trust nj_ecf_notices@buckleymadole.com  
        Kevin P. Diskin    on behalf of Creditor    JPMorgan Chase Bank, National Association NJ_ECF_Notices@buckleymadole.com  
        Lynn Therese Nolan    on behalf of Creditor    Toyota Motor Credit Corporation LNolan@schillerknapp.com, tshariff@schillerknapp.com;jcollen@schillerknapp.com;kcollins@schillerknapp.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, as servicer for FEDERAL HOME LOAN MORTGAGE CORPORATION bankruptcy@feinsuch.com  
                                                                                                                        TOTAL: 8