Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 15−14567−SLM
    Chapter: 13
    Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dennis N Gutierrez                         Sisley B Gutierrez
   194 Hawthorne Avenue               194 Hawthorne Avenue
   Springfield, NJ 07081                Springfield, NJ 07081

Social Security No.:
   xxx−xx−2909                              xxx−xx−9702

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on June 21, 2018.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 21, 2018
JAN: apc

                                                                                Jeanne Naughton
                                                                                Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 15-14567-SLM
Dennis N Gutierrez                                              Chapter 13
Sisley B Gutierrez
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin                  Page 1 of 2                  Date Rcvd: Jun 21, 2018
                               Form ID: 148                 Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2018.
db/jdb         +Dennis N Gutierrez,    Sisley B Gutierrez,    194 Hawthorne Avenue,    Springfield, NJ 07081-2102
lm             +Chase Home Finance,    PO Box 469030,    Denver, CO 80246-9030
cr             +JPMorgan Chase Bank, National Association,    c/o Buckley Madole, P.C.,
                 99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
cr             +Toyota Motor Credit Corporation, as servicer for T,    C/O Buckley Madole, P.C.,
                 99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
cr             +Toyota Motor Credit Corporation, as servicer for T,    P. O. Box 9013,    Addison, TX 75001-9013
515386651      +Chase Home Finance,    PO Box 24696,    Columbus, OH 43224-0696
515414766      +Chase Records Center,    Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,
                 Monroe, LA 71203-4774
515409569      +Department Stores National Bank For Macys Branded,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
515386656      +Fein Such Kahn & Shepard, PC,    7 Century Drive, Suite 201,    Parsippany, NJ 07054-4673
515637118      +JPMORGAN CHASE BANK, N.A.,    Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,
                 Monroe, LA 71203-4774
515386663      +Toyota FSB,    PO Box 108,    Saint Louis, MO 63166-0108
515413361      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 22 2018 00:30:25      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 22 2018 00:30:21      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515606553      +EDI: CINGMIDLAND.COM Jun 22 2018 03:58:00      AT&T Mobility II LLC,    % AT&T Services, Inc,
                 Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2693
515386648      +EDI: AMEREXPR.COM Jun 22 2018 03:58:00      American Express,    PO Box 297871,
                 Fort Lauderdale, FL 33329-7871
515557094       EDI: BECKLEE.COM Jun 22 2018 03:58:00      American Express Centurion Bank,
                 c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515408199       EDI: AIS.COM Jun 22 2018 03:58:00      American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK 73124-8848
515488461       EDI: AIS.COM Jun 22 2018 03:58:00      American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK 73126-8941
515405788       EDI: RESURGENT.COM Jun 22 2018 03:58:00      CACH, LLC,    POB 10587,
                 Greenville, SC 29603-0587
515386649      +EDI: CAPITALONE.COM Jun 22 2018 03:58:00      Capital One,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
515511755      +E-mail/Text: bankruptcy@cavps.com Jun 22 2018 00:30:40      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
515386650      +EDI: CHASE.COM Jun 22 2018 03:58:00      Chase Bank USA NA,    PO Box 15298,
                 Wilmington, DE 19850-5298
515386652      +EDI: WFNNB.COM Jun 22 2018 03:58:00      Comenity Bank/Express,    PO Box 182789,
                 Columbus, OH 43218-2789
515386653      +EDI: WFNNB.COM Jun 22 2018 03:58:00      Comenity Bank/New York & Co.,    PO Box 182789,
                 Columbus, OH 43218-2789
515386654      +EDI: WFNNB.COM Jun 22 2018 03:58:00      Comenity Bank/Pier1,    4590 E BROAD ST,
                 Columbus, OH 43213-1301
515386655      +EDI: WFNNB.COM Jun 22 2018 03:58:00      Comenity Bank/Victoria Secret,    PO Box 182789,
                 Columbus, OH 43218-2789
515386657      +EDI: TSYS2.COM Jun 22 2018 03:58:00      Macys,    P.O Box 8218,    Mason, OH 45040-8218
515631082       EDI: PRA.COM Jun 22 2018 03:58:00      Portfolio Recovery Associates, LLC,    c/o Childrens Place,
                 POB 41067,    Norfolk VA 23541
515631054       EDI: PRA.COM Jun 22 2018 03:58:00      Portfolio Recovery Associates, LLC,
                 c/o Sears Charge Plus,    POB 41067,    Norfolk VA 23541
515627411       EDI: PRA.COM Jun 22 2018 03:58:00      Portfolio Recovery Associates, LLC,
                 c/o Jc Penney Credit Card,    POB 41067,    Norfolk VA 23541
515628519       EDI: PRA.COM Jun 22 2018 03:58:00      Portfolio Recovery Associates, LLC,    c/o Pc Richards,
                 POB 41067,    Norfolk VA 23541
515400798       EDI: Q3G.COM Jun 22 2018 03:58:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
515905943      +EDI: Q3G.COM Jun 22 2018 03:58:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788,    Quantum3 Group LLC as agent for,
                 MOMA Funding LLC 98083-0788
515905942       EDI: Q3G.COM Jun 22 2018 03:58:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
515386659      +EDI: RMSC.COM Jun 22 2018 03:58:00      SYNCB,    PO Box 965007,    Orlando, FL 32896-5007
515386660      +EDI: RMSC.COM Jun 22 2018 03:58:00      SYNCB/PC Richard,    PO Box 965036,
                 Orlando, FL 32896-5036
515386658      +EDI: SEARS.COM Jun 22 2018 03:58:00      Sears/Citibank,    PO Box 6282,
                 Sioux Falls, SD 57117-6282
515414048      +E-mail/Text: bncmail@w-legal.com Jun 22 2018 00:30:33      TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
```

```
District/off: 0312-2          User: admin             Page 2 of 2              Date Rcvd: Jun 21, 2018
                              Form ID: 148            Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
515386661        +EDI: WTRRNBANK.COM Jun 22 2018 03:58:00      TD Bank USA/Target Credit,   PO Box 673,
                  Minneapolis, MN 55440-0673
515386664         EDI: TFSR.COM Jun 22 2018 03:58:00      Toyota Motor Credit,   4 Gatehill Drive, Suite 350,
                  Parsippany, NJ   07054
515386662        +EDI: CITICORP.COM Jun 22 2018 03:58:00      The Children's Place/Citibank,   PO Box 6497,
                  Sioux Falls, SD 57117-6497
515475584         EDI: BL-TOYOTA.COM Jun 22 2018 03:58:00      Toyota Motor Credit Corporation,
                  c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
                                                                                              TOTAL: 31

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515517720*      +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013
515386665     ##+Zwicker & Associates, PC,    1101 Laurel Oak Rd.,   Ste 130,   Voorhees, NJ 08043-4322
                                                                                       TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2018 at the address(es) listed below:
```
              Brian C. Nicholas    on behalf of Creditor    Toyota Lease Trust bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Darin D Pinto    on behalf of Debtor Dennis N Gutierrez dpintolaw@comcast.net
              Darin D Pinto    on behalf of Joint Debtor Sisley B Gutierrez dpintolaw@comcast.net
              Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation, as servicer for
               Toyota Lease Trust NJ_ECF_Notices@McCalla.com,   NJ_ECF_Notices@McCalla.com
              Jill  Manzo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, as servicer for
               FEDERAL HOME LOAN MORTGAGE CORPORATION bankruptcy@feinsuch.com
              Kevin P. Diskin    on behalf of Creditor    JPMorgan Chase Bank, National Association
               NJ_ECF_Notices@McCalla.com
              Lynn Therese Nolan    on behalf of Creditor    Toyota Motor Credit Corporation
               ecfnotices@grosspolowy.com,   jbommelje@grosspolowy.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, as servicer for
               FEDERAL HOME LOAN MORTGAGE CORPORATION bankruptcy@feinsuch.com
                                                                                              TOTAL: 9
```