| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee<br><br>IN RE:<br><br>   DENNIS N GUTIERREZ<br>   SISLEY B GUTIERREZ | Order Filed on June 21, 2018<br>by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey<br><br>Chapter 13 Case No.:  15-14567<br><br>HEARING DATE:  06/13/2018<br><br>Judge:  STACEY L. MEISEL |

## ORDER DISMISSING PETITION

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

DATED: June 21, 2018

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Debtor(s): DENNIS N GUTIERREZ
SISLEY B GUTIERREZ

Case No.: 15-14567

Caption of Order:    ORDER DISMISSING PETITION

---

THIS MATTER having come before the Court on the Chapter 13 Standing Trustee's Motion to Dismiss on 06/13/2018, and the Court having been satisfied that proper service and notice was effectuated on the Debtor(s) and Debtor(s)' counsel, and the Court having considered the Chapter 13 Standing Trustee's report, and good and sufficient cause appearing therefrom for the entry of this Order, it is

ORDERED AND DIRECTED, that the Debtor(s) Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder are hereby dismissed without prejudice.

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-14567-SLM
Dennis N Gutierrez                                                    Chapter 13
Sisley B Gutierrez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1           Date Rcvd: Jun 21, 2018
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2018.
db/jdb         +Dennis N Gutierrez,   Sisley B Gutierrez,   194 Hawthorne Avenue,   Springfield, NJ 07081-2102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2018 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    Toyota Lease Trust bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Darin D Pinto    on behalf of Joint Debtor Sisley B Gutierrez dpintolaw@comcast.net
              Darin D Pinto    on behalf of Debtor Dennis N Gutierrez dpintolaw@comcast.net
              Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation, as servicer for
               Toyota Lease Trust NJ_ECF_Notices@McCalla.com,  NJ_ECF_Notices@McCalla.com
              Jill Manzo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, as servicer for
               FEDERAL HOME LOAN MORTGAGE CORPORATION bankruptcy@feinsuch.com
              Kevin P. Diskin    on behalf of Creditor    JPMorgan Chase Bank, National Association
               NJ_ECF_Notices@McCalla.com
              Lynn Therese Nolan    on behalf of Creditor    Toyota Motor Credit Corporation
               ecfnotices@grosspolowy.com,  jbommelje@grosspolowy.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, as servicer for
               FEDERAL HOME LOAN MORTGAGE CORPORATION bankruptcy@feinsuch.com
                                                                                               TOTAL: 9