Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 15−14567−SLM
        Chapter: 13
        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Dennis N Gutierrez | Sisley B Gutierrez |
| 194 Hawthorne Avenue | 194 Hawthorne Avenue |
| Springfield, NJ 07081 | Springfield, NJ 07081 |

Social Security No.:
  xxx−xx−2909                                     xxx−xx−9702

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: September 17, 2018                 Stacey L. Meisel
                                                Judge, United States Bankruptcy Court